UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| LAWRENCE EVANS, | ) | Case No. 2:15-cv-01885-APG-NJK |
| Plaintiff, | ) | |
| vs. | ) | AMENDED ORDER |
| BOARD OF PRISON COMMISSIONERS, et al., | ) | |
| | ) | (Docket No. 20) |
| Defendants. | ) | |

Pending before the Court is Defendants' motion for clarification of order and request for instruction regarding Plaintiff's filings. Docket No. 20; *see also* Docket No. 16. On January 7, 2016, the Court granted Defendants' request for early mediation and a 90-day stay. Docket No. 16. The Court ordered that Defendants "are not required to serve or file an answer or other response to Plaintiff's complaint before the early mediation conference." *Id.* at 1.

On February 4, 2016, Plaintiff filed a motion for preliminary injunction. Docket No. 17. On the same date, Plaintiff filed an affidavit of publication. Docket No. 19. Defendants ask for clarification regarding the Court's prior order, in determining whether they must respond to these filings prior to the mediation. *See* Docket No. 20.

Defendants' motion for clarification is **GRANTED**. This case is stayed for 90 days from the filing of Defendants' motion requesting the stay. Docket No. 11.

//

1  In the event the mediation does not result in the disposition of this case, this action will be returned to
2  the normal litigation track, and Defendants may respond to the complaint and any other filings no later
3  than 14 days after the mediation.
4      IT IS SO ORDERED.
5      DATED: March 4, 2016.

                                                                                          NANCY J. KOPPE
                                                                                          United States Magistrate Judge