Travis N. Barrick, SBN 9257
Jeanette H. Barrick, SBN 13067
GALLIAN WELKER
& BECKSTROM, LC
540 E. St. Louis Avenue
Las Vegas, Nevada 89104
Telephone: (702) 892-3500
Facsimile: (702) 386-1946
tbarrick@vegascase.com
jbarrick@vegascase.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

* * *

LAWRENCE EVANS, an individual;

Plaintiff,

v.

STATE OF NEVADA, ex rel THE
NEVADA BOARD OF PRISON
COMMISSIONERS, et al.,

Defendants.

Case No.: 2:15-cv-01885-APG-NJK

STIPULATION TO VACATE PENDING
CONTINUANCE OF EARLY
MEDIATION CONFERENCE

Plaintiff Lawrence Evans, through his attorneys of the law firm of Gallian Welker & Beckstrom, LC, and the Defendants, through their attorneys of the Office of the Nevada Attorney General, hereby stipulate to vacate the pending continuance of the Early Mediation Conference ("EMC") held on 3/18/16 and lift the Stay pursuant to the Court's Order (#22).

On March 18, 2016, pursuant to the Court's Order (#16), the parties participated in the EMC conducted by James A. Kohl. During the conference, the parties discussed continuing the EMC to a later date and tentatively agreed to 5/13/16. There is a reference to this agreement in the Minutes of Proceedings (#23).

Subsequent to the EMC, the parties have engaged in additional informal negotiations, but now believe that a further EMC would not be fruitful.

Accordingly, the parties request that the Court vacate the pending continuance and vacate the current Amended Order (#22) staying these proceedings.

The parties will submit a proposed Joint Scheduling Order.

DATED this 2nd day of May, 2016.

By: _/s/ Travis N. Barrick_____
Travis N. Barrick, SBN 9257
Jeanette H. Barrick, SBN 13067
GALLIAN WELKER
& BECKSTROM, LC
Attorneys for Plaintiff

DATED this 2nd day of April, 2016.

By: _/s/ Andrea R. Barraclough_
Andrea R. Barraclough
Deputy Attorney General
Bar No. 9158
Office of the Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV 89701-4717
*Attorneys for the Defendants Nevada Board of Prison Commissioners, Nevada Dept. of Corrections, Isidro Baca, Colin Brown, Barbara Cegavske, James Cox, Jerry Howell, Adam P. Laxalt, Randolph Moye, Jennifer Nash, Dwight Neven, Ryan Pappas, Michael Ramos, Brian Sandoval, Anthony Scillia, Bruce Stroud and Yekchung Yung*

IT IS SO ORDERED.

DATE: May 4, 2016
_____

_____
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing document was made on the 3rd day of May, 2016, by filing in the Court's CM/ECF system and by US Mail, postage prepaid, to the following:

| | |
|---|---|
| Charles Ratcliff<br>Address unknown<br>*Defendant* | Cole Morrow<br>5900 Mary Lou Street<br>Pahrump, NV 89061<br>*Defendant* |
| Arthur Lindsey<br>Address unknown<br>*Defendant* | |
| | |
| | |

By: /s/ Travis N. Barrick
An employee of Gallian Welker & Beckstrom, LC