# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAWRENCE EVANS, | Case No. 2:15-cv-01885-APG-NJK |
| Plaintiff, | |
| vs. | ORDER |
| BOARD OF PRISON COMMISSIONERS, et al., | |
| Defendants. | |

On January 7, 2016, the Court scheduled an Early Inmate Mediation in this case for March 18, 2016. Docket No. 16. On March 2, 2016, the Court stayed the case pending mediation and ordered that, in the event the mediation did not result in the disposition of the case, Defendants must respond to the complaint and any other pending filings no later than 14 days after the mediation. Docket No. 21 at 2.

On March 18, 2016, an Early Inmate Mediation was held and the parties requested a second mediation. Docket No. 23. On May 3, 2016, the parties filed a stipulation to vacate the mediation and lift the stay. Docket No. 24. On May 4, the Court granted the parties' stipulation and vacated the mediation and lifted the stay. Docket No. 25. On May 5, 2016, the Court entered scheduling order in the above matter. Docket No. 26.

//

//

//

To date, Defendants have failed to respond to Plaintiff's motion for preliminary injunction. *See* Docket. Accordingly, Defendants shall respond to Plaintiff's motion for preliminary injunction no later than June 20, 2016.

IT IS SO ORDERED.

DATED: June 15, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge