ADAM PAUL LAXALT
Nevada Attorney General
ANDREA R. BARRACLOUGH
Chief Deputy Attorney General
Nevada Bar No. 9158
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Telephone:  (775) 684-1260
Email:  abarraclough@ag.nv.gov

*Attorneys for Defendants*
*Nevada Board of Prison Commissioner,*
*Nevada Department of Corrections, Isidro Baca,*
*Colin Brown, Barbara Cegavske,*
*James Cox, Jerry Howell,*
*Laxalt, Randolph Moye, Jennifer Nash,*
*Dwight Neven, Ryan Pappas*
*Michael Ramos, Brian Sandoval, Anthony Scillia,*
*Bruce Stroud and Yekchung Yung*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

LAWRENCE EVANS, an individual

                              Plaintiff,

v.

STATE OF NEVADA, ex rel THE NEVADA
BOARD OF PRISON COMMISSIONERS;
STATE OF NEVADA, ex rel
DEPARTMENT OF CORRECTIONS;
BRIAN SANDOVAL, in his individual and
official capacity as a Nevada Prison
Commissioner; ADAM P. LAXALT, in his
individual and official capacity as a Nevada
Prison Commissioner; BARBARA
CEGAVSKE, in her individual and official
capacity as a Nevada Prison
Commissioner; JAMES G. COX, in his
individual and official capacity as Director of
the Nevada Department of Corrections;
DWIGHT NEVEN, in his individual and
official capacity as Warden of High Desert
State Prison; ANTHONY SCILLIA, in his
individual and official capacity as Associate
Warden of High Desert State Prison;
ISIDRO BACA, in his individual and official

Case No.     2:15-cv-01885-APG-NJK

**STIPULATION AND ORDER TO EXTEND
TIME TO RESPOND TO PLAINTIFF'S
MOTION FOR PRELIMINARY
INJUNCTION (ECF NO. 17)**

capacity as Associate Warden of High Desert State Prison; COLE MORROW, in his individual and official capacity as Associate Warden of High Desert State Prison; JERRY HOWELL, in his individual and official capacity as Associate Warden of High Desert State Prison; JENNIFER NASH, in her individual and official capacity as Associate Warden of High Desert State; COLIN BROWN, in his individual capacity as a correctional sergeant; MICHAEL RAMOS, in his individual capacity as a correctional officer; RANDOLPH MOYE, in his individual capacity as a correctional officer; BRUCE STROUD, in his individual capacity as a correctional officer lieutenant; ARTHUR LINDSEY, in his individual capacity as a correctional lieutenant; CHARLES RATCLIFF, in his individual capacity as a correctional officer; RYAN PAPPAS, in his individual capacity as a correctional officer; YEKCHUNG YUNG, in his individual capacity as a correctional officer; and DOES 1 through 10, collectively,

Defendants.

Plaintiff, Lawrence Evans, by and through counsel, Travis N. Barrick, and Defendants Nevada Board of Prison Commissioner, Nevada Department of Corrections, Isidro Baca, Colin Brown, Barbara Cegavske, James Cox, Jerry Howell, Adam Laxalt, Randolph Moye, Jennifer Nash, Dwight Neven, Ryan Pappas, Michael Ramos, Brian Sandoval, Anthony Scillia, Bruce Stroud and Yekchung Yung, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Andrea R. Barraclough, Chief Deputy Attorney General, hereby stipulate as follows:

1)      That the Court in (ECF No. 28) ordered Defendants to respond to Plaintiff's pending Motion for Preliminary Judgment, which had been stayed for the purposed of mediation, but which had been resurrected upon a stipulated lift of the stay when mediation did not result in settlement.

/ / /

2)     That even though mediation was unsuccessful, the parties continued informal negotiations.  Defendants did not provide an opposition brief earlier because settlement was close;

3)     That this matter has been successfully negotiated as of today, with Plaintiff providing oral agreement but still needing to sign and return the Settlement Agreement prior to counsels' ability to formally file the Stipulation to Dismiss.

Accordingly, the parties stipulate to an extension to time for Defendants to file an Opposition to the Motion for Preliminary Injunction, in the expectation that they will be able to file a Stipulation to Dismiss upon settlement agreement in lieu of an opposition prior to its next due date.

The parties believe Plaintiff can review, sign and return the Settlement Agreement within two (2) weeks, that it can be countersigned within a few days thereafter, and that the Stipulation to Dismiss can be executed by both counsels contemporaneously.  Thus, the parties request a continuance of time to respond to the Plaintiff's Motion for Preliminary Injunction until Monday, July 11, 2016.

| DATED this _20_ day of June, 2016. | DATED this _20__ day of June, 2016. |
|---|---|
| GALLIAN WELKER & BECKSTROM, LC | OFFICE OF THE ATTORNEY GENERAL |
| By: _/s/ Travis N. Barrick_____ | By: _Andrea Barraclough_____ |
| Travis N. Barrick, SBN 9257 | Andrea R. Barraclough, SBN 9158 |
| 540 E. St. Louis Avenue | 100 N. Carson Street |
| Las Vegas, Nevada 89117 | Carson City, NV 89701 |
| (702) 892-3500 | (775) 684-1260 |
| tbarrick@vegascase.com | abarraclough@ag.nv.gov |
| Attorneys for Plaintiff | Attorneys for Defendants |

**APPROVED AND SO ORDERED:**

Dated: ___June 21, 2016_____

_____
UNITED STATES MAGISTRATE JUDGE