1  ADAM PAUL LAXALT
   Nevada Attorney General
2  ANDREA R. BARRACLOUGH
   Chief Deputy Attorney General
3  Nevada Bar No. 9158
   Bureau of Litigation
4  Public Safety Division
   100 N. Carson Street
5  Carson City, Nevada 89701-4717
   Telephone: (775) 684-1260
6  Email: abarraclough@ag.nv.gov

7  *Attorneys for Defendants*
   *Nevada Board of Prison Commissioner,*
8  *Nevada Department of Corrections, Isidro Baca,*
   *Colin Brown, Barbara Cegavske,*
9  *James Cox, Jerry Howell,*
   *Laxalt, Randolph Moye, Jennifer Nash,*
10 *Dwight Neven, Ryan Pappas*
   *Michael Ramos, Brian Sandoval, Anthony Scillia,*
11 *Bruce Stroud and Yekchung Yung*

12              **IN THE UNITED STATES DISTRICT COURT**

13                     **DISTRICT OF NEVADA**

14  LAWRENCE EVANS, an individual

15                          Plaintiff,                  Case No.   2:15-cv-01885-APG-NJK

16  v.

17  STATE OF NEVADA, ex rel THE NEVADA
    BOARD OF PRISON COMMISSIONERS;         **STIPULATION AND ORDER OF**
18  STATE OF NEVADA, ex rel                 **DISMISSAL WITH PREJUDICE**
19  DEPARTMENT OF CORRECTIONS;
    BRIAN SANDOVAL, in his individual and
20  official capacity as a Nevada Prison
    Commissioner; ADAM P. LAXALT, in his
21  individual and official capacity as a Nevada
    Prison Commissioner; BARBARA
22  CEGAVSKE, in her individual and official
23  capacity as a Nevada Prison
    Commissioner; JAMES G. COX, in his
24  individual and official capacity as Director of
    the Nevada Department of Corrections;
25  DWIGHT NEVEN, in his individual and
26  official capacity as Warden of High Desert
    State Prison; ANTHONY SCILLIA, in his
27  individual and official capacity as Associate
    Warden of High Desert State Prison;
28  ISIDRO BACA, in his individual and official

| | |
|---|---|
| 1 | capacity as Associate Warden of High Desert State Prison; COLE MORROW, in his individual and official capacity as Associate Warden of High Desert State Prison; JERRY HOWELL, in his individual and official capacity as Associate Warden of High Desert State Prison; JENNIFER NASH, in her individual and official capacity as Associate Warden of High Desert State; COLIN BROWN, in his individual capacity as a correctional sergeant; MICHAEL RAMOS, in his individual capacity as a correctional officer; RANDOLPH MOYE, in his individual capacity as a correctional officer; BRUCE STROUD, in his individual capacity as a correctional officer lieutenant; ARTHUR LINDSEY, in his individual capacity as a correctional lieutenant; CHARLES RATCLIFF, in his individual capacity as a correctional officer; RYAN PAPPAS, in his individual capacity as a correctional officer; YEKCHUNG YUNG, in his individual capacity as a correctional officer; and DOES 1 through 10, collectively, |

                              Defendants.

Plaintiff, Lawrence Evans, by and through counsel, Travis N. Barrick, and Defendants Nevada Board of Prison Commissioner, Nevada Department of Corrections, Isidro Baca, Colin Brown, Barbara Cegavske, James Cox, Jerry Howell, Adam Laxalt, Randolph Moye, Jennifer Nash, Dwight Neven, Ryan Pappas, Michael Ramos, Brian Sandoval, Anthony Scillia, Bruce Stroud and Yekchung Yung, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Andrea R. Barraclough, Chief Deputy Attorney General, upon a

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Settlement Agreement reached, hereby stipulate to the dismissal of this action with prejudice, with each party to bear their own costs.

| DATED this 8th day of June, 2016. | DATED this 8th day of June, 2016. |
|---|---|
| GALLIAN WELKER & BECKSTROM, LC | OFFICE OF THE ATTORNEY GENERAL |
| By: ____/s/_Travis N. N. Barrick_____<br>Travis N. Barrick, SBN 9257<br>540 E. St. Louis Avenue<br>Las Vegas, Nevada 89117<br>(702) 892-3500<br>tbarrick@vegascase.com<br>Attorneys for Plaintiff | By: _Andrea Barraclough_____<br>Andrea R. Barraclough, SBN 9158<br>100 N. Carson Street<br>Carson City, NV 89701<br>(775) 684-1260<br>abarraclough@ag.nv.gov<br>Attorneys for Defendants |

**APPROVED AND SO ORDERED:**

Dated: __July 8, 2016_____     _____
                                                               United States District Judge